RECEIVED
OCT - 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK DEWAYNE DAVIS | CIVIL ACTION NO. 1:12-CV-839 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d), and he is not eligible for the benefits of either statutory or equitable tolling.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 3rd day of October, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE